AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| CHUBB SEGUROS PERU S.A. et al. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  20 Civ. 3392 |
| M/V AS FORTUNA, her engines, boilers etc. et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see rider attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Val Wamser
Carole Rouffet
Nicoletti Hornig & Sweeney
88 Pine street, 7th floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  20 Civ. 3392

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
CHUBB SEGUROS PERU S.A. a/s/o Ingram Micro SAC and     20 Civ. 3392
Saint Gobain Peru, S.A., INGRAM MICRO SAC,
SAINT GOBAIN PERU, S.A., XL CATLIN SERVICES SE
a/s/o Intcomex Peru SAC and INTCOMEX PERU SAC,

                        Plaintiffs,

-against-

M/V AS FORTUNA, her engines, boilers, etc.,
AS FORTUNA OPCO B.V., JAS FORWARDING SERVICES
(IRELAND) LIMITED d/b/a Blue World Line, SHIPCO
TRANSPORT INC. and ONBOARD LOGISTICS USA INC.,

                        Defendants.
-------------------------------------------------------------------------------x

## RIDER TO SUMMONS

## LIST OF DEFENDANTS

     1.      AS FORTUNA OPCO B.V., Oever 5 (3161 GR), Rhoon, the Netherlands.

     2.      JAS FORWARDING SERVICES (IRELAND) LIMITED d/b/a Blue World Line,

6195 Barfield Road, Atlanta, GA 30328.

     3.      ONBOARD LOGISTICS USA INC., 6735 NW 36th Street, Suite 390, Miami,

Florida 33122.

     4.      SHIPCO TRANSPORT INC., 127 Main Street, Chatham, New Jersey 07928.