```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  November 11, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CHUBB SEGUROS PERU S.A. ET AL,**

                 **Plaintiffs,**

               **-against-**

**AS FORTUNA OPCO B.V. ET AL,**

                 **Defendants.**

**20-cv-3392 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

     Defendants request a pre-motion conference in anticipation of a motion to dismiss the complaint. Plaintiffs shall respond by November 13, 2020.

**SO ORDERED.**

**Dated**:   November 11, 2020
           New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**