USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 15, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CHUBB SEGUROS PERU S.A. ET AL,**

                         **Plaintiffs,**

               **-against-**

**AS FORTUNA OPCO B.V. ET AL,**

                         **Defendants.**

**20-cv-3392 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     Defendants Shipco Transport Inc. and JAS Forwarding Services (Ireland) Limited request a pre-motion conference in anticipation of a motion to dismiss Plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(c), 19, and 56. Plaintiffs shall respond by February 17, 2021.

**SO ORDERED.**

**Dated**:   February 15, 2021
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**