**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHUBB SEGUROS PERU S.A. a/s/o Ingram
Micro SAC and Saint Gobain Peru, S.A.,
INGRAM MICRO SAC, SAINT GOBAIN
PERU, S.A., and INTCOMEX PERU SAC,

                      Plaintiffs,            **20-CV-3392 (ALC) (VF)**

    -against-                             **ORDER**

M/V AS FORTUNA, her engines, boilers, etc.,
AS FORTUNA OPCO B.V., JAS
FORWARDING SERVICES (IRELAND)
LIMITED d/b/a/ Blue World Line, SHIPCO
TRANSPORT INC., and ONBOARD
LOGISTICS USA INC.,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On March 31, 2022, the Hon. Andrew L. Carter, Jr., ordered Plaintiffs to show cause as to why Onboard Logistics USA Inc. should not be dismissed (ECF No. 92). Plaintiffs have not responded to the show cause order and have not since otherwise appeared on the docket. Plaintiffs have until **December 14, 2022** to respond to the Court's show cause order.

    <u>The Court warns Plaintiffs that failing to prosecute their case, including by failing to respond to the show cause order, may result in this Court recommending to Judge Carter that Plaintiff's case be dismissed for failure to prosecute.</u>

                              **SO ORDERED.**

DATED:    New York, New York
               November 30, 2022

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge