UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CHUBB SEGUROS PERU S.A.**, *as subrogor of Ingram Micro SAC and Saint Gobain Peru S.A.*, **et al.**

                **Plaintiffs,**

-against-

**ONBOARD LOGISTICS USA INC. et al.,**

                **Defendants.**

20-CV-3392 (ALC)(VF)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiffs filed a Notice of Voluntary Dismissal as to Defendant Onboard Logistics USA Inc. on August 3, 2023. (ECF No. 97.) Plaintiffs are directed to file a letter by **August 7, 2023** indicating whether the Notice of Voluntary Dismissal disposes of the entire case.

**SO ORDERED.**

**Dated**:   August 4, 2023
           New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**